DISMISSAL FORM FOR CIVIL CASES ON ANT'S MOTION /SETTLEMENT 




 NO. 12-01-00230-CV



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




HANNA CARWASH

SYSTEMS INTERNATIONAL, L.L.C.,
§
 APPEAL FROM THE THIRD

APPELLANT


V.
§
 JUDICIAL DISTRICT COURT OF


FIRST NATIONAL BANK 

OF CROCKETT, §
 HOUSTON COUNTY, TEXAS

APPELLEE







PER CURIAM
 

 The parties hereto have filed a Joint Motion for Dismissal. That motion has been signed by
the parties' attorneys and represents that the parties' agreement disposes of all issues presented for
appeal. The parties request that this Court dismiss this cause and that costs be taxed against the party
incurring same. Because the parties have met the requirements of Tex. R. App. P. 42.1(a)(1), the
motion is granted and the appeal is dismissed. 


Opinion delivered October 24, 2001.

Panel consisted of Davis, C.J., Worthen, J., and Griffith, J.













(DO NOT PUBLISH)